**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By wpena at 10:07 am, Apr 16, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:                                ) 
Gary V. Leggett, JR.,                 ) Case No. 04-51254
                                      )      (Chapter 7)
                                      )
        DEBTOR(S)                     )

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of Bank of America, N.A. successor to MBNA America Bank, N.A. (Fed. ID#94-1687665) (the "Claimant") a claimant in the captioned case for an order directing disbursement of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $2,968.47) be paid to Claimant in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Dated this 11th day of April, 2008.

_____
United States Bankruptcy Judge

Prepared by:

_____
R. Kenny Stone
Attorney for Petitioner
P.O. Box 681
Statesboro, GA 30459
(912) 764-3232

CC: Wendy Pena, 125 Bull Street, Room 212, Wright Square Post Office, Savannah, GA 31401
    American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013